**FILED**

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0624

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 21-0624

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KENNETH WAYNE DALY,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 12, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022